# ALABAMA COURT OF CRIMINAL APPEALS



December 15, 2023

**CR-2023-0441**

Elmer Chavis v State of Alabama (Appeal from Houston Circuit Court: CC-04-738, CC-04-739, and CC-04-740)

## NOTICE

You are hereby notified that on December 15, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk